UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| KULBIR SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:26-cv-00184-SCM |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| SAMUEL OLSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered on this date, and Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **AJUDGED** as follows:

1)    Petitioner Kulbir Singh's Petition for Writ of Habeas Corpus, [Dkt. 1], is **GRANTED**.

2)    The Respondents shall provide the Petitioner with a **BOND HEARING** under 8 U.S.C. § 1226(a) within **seven days** of this Order.

3)    This case shall be stricken from the active docket.

Signed this 15th day of July, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky